AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GIOVANNI SHEA KINSEY

*Plaintiff*

v.

FREDRICK REIDER, JEREMY JANSKI, JIM RAYMOND, STEPHEN SULTEMEIER, EDUARDO MADRIGAL and RICK LONG,

*Defendant*

Civil Action No.  4:17-CV-5018-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson

Date:  July 24, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas